**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

In re: HEIDER CONSTRUCTION, INC.       § Case No. 09-41776
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Anne J. White, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $328,525.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $195,001.93 | Claims Discharged Without Payment: $255,729.67 |
| Total Expenses of Administration: $81,187.53 | |

    3) Total gross receipts of $ 276,189.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $276,189.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $207,875.10 | $312,182.95 | $172,017.52 | $172,017.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 81,187.53 | 81,187.53 | 81,187.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 22,682.02 | 7,046.61 | 7,046.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 341,662.61 | 408,140.26 | 198,743.72 | 15,937.80 |
| **TOTAL DISBURSEMENTS** | $549,537.71 | $824,192.76 | $458,995.38 | $276,189.46 |

   4) This case was originally filed under Chapter 7 on May 07, 2009. The case was pending for 35 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2013          By: /s/Anne J. White
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1129-000 | 1,764.54 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 269,395.00 |
| 2004 Hyundai 140LC Excavator | 1229-000 | 5,000.00 |
| Interest Income | 1270-000 | 29.92 |
| **TOTAL GROSS RECEIPTS** | | **$276,189.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Merrimack Valley Federal Credit Union | 4110-000 | 40,095.00 | 40,124.75 | 0.00 | 0.00 |
| 5 | Stearns Bank | 4210-000 | N/A | 65,059.22 | 21,067.37 | 21,067.37 |
| 6 | Center Capital Corporation | 4110-000 | 42,105.00 | 42,472.63 | 0.00 | 0.00 |
| 42S | Susan Heider | 4110-000 | N/A | 13,300.00 | 0.00 | 0.00 |
| 43 | Merrill Lynch Bank | 4110-000 | 117,811.10 | 134,645.84 | 134,645.84 | 134,645.84 |
| 44S | Town of Tewksbury | 4110-000 | N/A | 276.20 | 0.00 | 0.00 |
| NOTFILED | Ditch Witch Platinum Card | 4110-000 | 7,864.00 | N/A | N/A | 0.00 |
| | U.S. Bank Equipment Finance | 4210-000 | N/A | 16,304.31 | 16,304.31 | 16,304.31 |
| **TOTAL SECURED CLAIMS** | | | **$207,875.10** | **$312,182.95** | **$172,017.52** | **$172,017.52** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Verdolino & Lowey, PC | 3410-000 | N/A | 7,917.66 | 7,917.66 | 7,917.66 |
| Verdolino & Lowey, PC | 3420-000 | N/A | 131.66 | 131.66 | 131.66 |
| Anne J. White, Chapter 7 Trustee | 2100-000 | N/A | 11,283.75 | 11,283.75 | 11,283.75 |
| Demeo & Associates, P.C. | 3110-000 | N/A | 34,484.50 | 34,484.50 | 34,484.50 |
| Demeo & Associates, P.C. | 3120-000 | N/A | 1,668.09 | 1,668.09 | 1,668.09 |
| Commonwealth of Massachusetts | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 63.67 | 63.67 | 63.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 157.56 | 157.56 | 157.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 192.15 | 192.15 | 192.15 |
| Michael Saperstein | 3610-000 | N/A | 14,744.75 | 14,744.75 | 14,744.75 |
| Michael Saperstein | 3620-000 | N/A | 8,269.97 | 8,269.97 | 8,269.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 174.20 | 174.20 | 174.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 168.06 | 168.06 | 168.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 185.10 | 185.10 | 185.10 |
| Commonwealth of Massachusetts | 2200-000 | N/A | 456.00 | 456.00 | 456.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 173.13 | 173.13 | 173.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 180.60 | 180.60 | 180.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 160.35 | 160.35 | 160.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 165.55 | 165.55 | 165.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 154.78 | 154.78 | 154.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $81,187.53 | $81,187.53 | $81,187.53 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Massachusetts Department of Revenue | 5800-000 | N/A | 1,012.00 | 0.00 | 0.00 |
| 31B | Woburn Street Realty LLC | 5200-000 | N/A | 14,000.00 | 2,500.00 | 2,500.00 |
| 44P | Town of Tewksbury | 5200-000 | N/A | 3,123.41 | 0.00 | 0.00 |
| 47 | J.G. MacLellan Concrete Co. | 5200-000 | N/A | 2,271.00 | 2,271.00 | 2,271.00 |
| 49 | United States Trustee | 5800-000 | N/A | 2,275.61 | 2,275.61 | 2,275.61 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $22,682.02 | $7,046.61 | $7,046.61 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | F.W. Webb Company | 7100-000 | N/A | 1,987.26 | 0.00 | 0.00 |
| 3 | CNH Capital | 7100-000 | 870.00 | 902.04 | 902.04 | 84.57 |
| 4 | CNH Capital | 7100-000 | N/A | 6,326.38 | 6,326.38 | 593.06 |
| 7 | American Express Bank, FSB | 7100-000 | 10,050.00 | 10,084.30 | 10,084.30 | 945.34 |
| 8 | RBS Citizens, NA | 7100-000 | 71,475.00 | 71,475.76 | 71,475.76 | 6,700.43 |
| 9 | National Grid | 7100-000 | N/A | 534.08 | 534.08 | 50.07 |
| 10 | Recovery Management Systems Corporation | 7100-000 | N/A | 2,000.00 | 2,000.00 | 187.49 |
| 11 | Capital One, NA | 7100-000 | 27,815.00 | 29,129.21 | 29,129.21 | 2,730.69 |
| 12 | Sullivan Tire Co. | 7100-000 | N/A | 918.88 | 0.00 | 0.00 |
| 13 | Steven J. Famolare | 7100-000 | N/A | 1,600.00 | 1,000.00 | 93.74 |
| 14 | Woburn Street Realty LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | Merrimack Valley Federal Credit Union | 7100-000 | N/A | 28,513.51 | 0.00 | 0.00 |
| 17 | Town of Tewksbury Police Dept. | 7100-000 | 1,200.00 | 1,232.00 | 1,232.00 | 115.49 |
| 18 | Anthony Amichetti | 7100-000 | 1,275.00 | 1,275.00 | 1,275.00 | 119.52 |
| 19 | F.W. Webb Company | 7100-000 | 1,987.26 | 1,987.26 | 1,987.26 | 186.29 |
| 20 | H. Chambers & Co., LLC | 7100-000 | N/A | 1,275.00 | 1,275.00 | 119.52 |
| 21 | Sullivan Tire Co. | 7100-000 | 918.88 | 918.88 | 918.88 | 86.14 |
| 22 | National Grid | 7100-000 | N/A | 796.64 | 796.64 | 74.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| 23 | The Battery Shop of New England | 7100-000 | N/A | 393.77 | 393.77 | 36.91 |
| 24 | Kingston Ready Mix (Torromeo Industries) | 7100-000 | N/A | 7,392.00 | 7,392.00 | 692.96 |
| 25 | Steven J. Famolare | 7100-000 | N/A | 1,600.00 | 0.00 | 0.00 |
| 26 | Steven J. Famolare | 7100-000 | N/A | 1,600.00 | 0.00 | 0.00 |
| 27 | Famolare Plumbing | 7100-000 | 1,000.00 | 1,600.00 | 0.00 | 0.00 |
| 28 | Michael McGrath | 7100-000 | N/A | 250.00 | 0.00 | 0.00 |
| 29 | Terain Irrigation | 7100-000 | N/A | 2,200.00 | 2,200.00 | 206.24 |
| 30 | National Construction Rentals | 7100-000 | N/A | 247.10 | 247.10 | 23.16 |
| 31A | Woburn Street Realty LLC | 7100-000 | N/A | 21,500.00 | 7,500.00 | 703.08 |
| 32 | National Grid | 7100-000 | N/A | 1,705.99 | 1,705.99 | 159.93 |
| 33 | Acadia Insurance Company | 7100-000 | N/A | 2,208.00 | 2,208.00 | 206.99 |
| 34 | HSBC Bank Nevada, N.A. | 7200-000 | 10,030.00 | 10,394.72 | 10,394.72 | 0.00 |
| 35 | Moynihan Lumber | 7100-000 | N/A | 12,614.72 | 12,614.72 | 1,182.55 |
| 36 | Moynihan Lumber | 7100-000 | N/A | 12,614.72 | 0.00 | 0.00 |
| 37 | Wentzell Contracting | 7100-000 | N/A | 2,813.75 | 2,813.75 | 263.77 |
| 38 | Tewksbury Sewer Service, Inc. | 7200-000 | N/A | 18,335.00 | 18,335.00 | 0.00 |
| 39 | P.J. Raffi Plumbing & Heating, Inc. | 7100-000 | N/A | 2,160.00 | 2,160.00 | 202.49 |
| 40 | James Heider | 7100-000 | N/A | 12,600.00 | 0.00 | 0.00 |
| 41 | James Heider | 7100-000 | 107,824.18 | 107,824.00 | 0.00 | 0.00 |
| 42U | Susan Heider | 7100-000 | 18,742.81 | 8,042.81 | 0.00 | 0.00 |
| 45 | Simpson's Inc. | 7100-000 | N/A | 1,842.12 | 1,842.12 | 172.69 |
| 46 | J.G. MacLellan Concrete Co. | 7100-000 | 15,550.73 | 16,123.36 | 0.00 | 0.00 |
| 48 | The Travellers Indemnity Co. | 7100-000 | N/A | 1,122.00 | 0.00 | 0.00 |
| NOTFILED | Northern Tool & Equipment Co. HSBC Business Solutions | 7100-000 | 1,877.28 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot, Inc. | 7100-000 | 1,652.27 | N/A | N/A | 0.00 |
| NOTFILED | First Equity | 7100-000 | 3,988.00 | N/A | N/A | 0.00 |
| NOTFILED | Kingston Ready Mix | 7100-000 | 9,268.58 | N/A | N/A | 0.00 |
| NOTFILED | Keyspan-Gas | 7100-000 | 751.89 | N/A | N/A | 0.00 |
| NOTFILED | Dev Heider | 7100-000 | 101.15 | N/A | N/A | 0.00 |
| NOTFILED | Lesco/John Deere | 7100-000 | 1,815.00 | N/A | N/A | 0.00 |
| NOTFILED | Crescio Trucking | 7100-000 | 8,097.10 | N/A | N/A | 0.00 |
| NOTFILED | NAPA of Tewksbury | 7100-000 | 747.82 | N/A | N/A | 0.00 |
| NOTFILED | Benevento Sand & Stone Corp. | 7100-000 | 1,181.51 | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | 17,532.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | UPSCO | 7100-000 | 1,786.94 | N/A | N/A | 0.00 |
| NOTFILED | Citi-Business Platinum | 7100-000 | 24,124.21 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $341,662.61 | $408,140.26 | $198,743.72 | $15,937.80 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  
**Period Ending:** 04/23/13

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10  
**Claims Bar Date:** 11/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   ACCOUNTS RECEIVABLE | 13,525.00 | 10,000.00 | | 1,764.54 | FA |
| 2   AUTOMOBILES AND OTHER VEHICLES  1968 International fuel truck; See Note Below | 200.00 | 273,895.00 | | 269,395.00 | FA |
| 3   AUTOMOBILES AND OTHER VEHICLES  1970 C-30 GMC; | 600.00 | 0.00 | | 0.00 | FA |
| 4   AUTOMOBILES AND OTHER VEHICLES  1979 Ford 14' cube van auto; | 0.00 | 0.00 | | 0.00 | FA |
| 5   AUTOMOBILES AND OTHER VEHICLES  1982 Ford L9000; | 4,500.00 | 0.00 | | 0.00 | FA |
| 6   AUTOMOBILES AND OTHER VEHICLES  1985 Mack 688SX; | 7,000.00 | 0.00 | | 0.00 | FA |
| 7   AUTOMOBILES AND OTHER VEHICLES  1987 GMC K3500 SLE auto; | 500.00 | 0.00 | | 0.00 | FA |
| 8   AUTOMOBILES AND OTHER VEHICLES  1994 Ford H7000 cargo box van; | 4,000.00 | 0.00 | | 0.00 | FA |
| 9   AUTOMOBILES AND OTHER VEHICLES  1995 GMC K3500 SLE auto; | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  AUTOMOBILES AND OTHER VEHICLES  1999 Savana Cube Van; | 2,000.00 | 0.00 | | 0.00 | FA |
| 11  AUTOMOBILES AND OTHER VEHICLES  2002 GMC 4x4 extendacab; | 6,000.00 | 0.00 | | 0.00 | FA |
| 12  AUTOMOBILES AND OTHER VEHICLES  2006 GMC 5500 Duramax; | 30,000.00 | 0.00 | | 0.00 | FA |
| 13  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT  1986 Lerol air compressor; | 2,000.00 | 0.00 | | 0.00 | FA |
| 14  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT  1994 John Deere 450 GTC dozer w/blade; | 200.00 | 0.00 | | 0.00 | FA |
| 15  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT  1994 John Deere 190E w/dozer blade; | 12,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10  

**Period Ending:** 04/23/13

**Claims Bar Date:** 11/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1994 John Deere 450 GTC dozer w/blade; | 12,000.00 | 0.00 | | 0.00 | FA |
| 17 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1995 Ditch Witch JT3510 drill machine; | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1995 Ditch Witch P-80 rod pusher; | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1995 Ditch Witch tilt trailer; | 200.00 | 0.00 | | 0.00 | FA |
| 20 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1995 Samsung 4yd loader; | 25,000.00 | 0.00 | | 0.00 | FA |
| 21 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1995 Superior 500 gal. Vacmaster; | 7,000.00 | 0.00 | | 0.00 | FA |
| 22 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1995 Takeuchi TB-015; | 3,000.00 | 0.00 | | 0.00 | FA |
| 23 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1996 Melfred Borezall; | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1997 Bobcat 753 w/heated cab; | 6,000.00 | 0.00 | | 0.00 | FA |
| 25 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1997 FL-70 freightline Hook lift; | 20,000.00 | 0.00 | | 0.00 | FA |
| 26 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1997 Hyundai 130 w/blade; | 15,000.00 | 0.00 | | 0.00 | FA |
| 27 | MACHINERY, FIXTURES, AND BUSINESS | 3,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10

**Period Ending:** 04/23/13

**Claims Bar Date:** 11/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | EQUIPMENT<br>  1997 Interstate 20 ton tag-along; |  |  |  |  |  |
| 28 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1998 Takeuchi TB-035; | 7,000.00 | 0.00 |  | 0.00 | FA |
| 29 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  1999 Pequia Tag-a long trailer; | 600.00 | 0.00 |  | 0.00 | FA |
| 30 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2 construction trailers; | 700.00 | 0.00 |  | 0.00 | FA |
| 31 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2000 18' folding snow pusher; | 2,000.00 | 0.00 |  | 0.00 | FA |
| 32 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2000 Ditch Witch JT 2720; | 30,000.00 | 0.00 |  | 0.00 | FA |
| 33 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2000 Ditch Witch JT520 drill machine; | 7,000.00 | 0.00 |  | 0.00 | FA |
| 34 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2000 Hudson 10 ton trailer; | 2,000.00 | 0.00 |  | 0.00 | FA |
| 35 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2003 ASV RC 50 track loader; | 9,000.00 | 0.00 |  | 0.00 | FA |
| 36 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2003 Rotoscreen R450; | 35,000.00 | 0.00 |  | 0.00 | FA |
| 37 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  2006 9' V plow; | 4,500.00 | 0.00 |  | 0.00 | FA |
| 38 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 6,000.00 | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10  

**Period Ending:** 04/23/13  

**Claims Bar Date:** 11/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 2006 ASV RC 30 track loader; | | | | | |
| 39   MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>   2006 Ditch Witch JT 1220 drill machine; | 45,000.00 | 0.00 | | 0.00 | FA |
| 40   MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>   Misc. small equipment/mostly junk; | 1,500.00 | 0.00 | | 0.00 | FA |
| 41   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 13,525.00 | 0.00 | DA | 0.00 | FA |
| 42   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 200.00 | 0.00 | DA | 0.00 | FA |
| 43   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 600.00 | 0.00 | DA | 0.00 | FA |
| 44   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 45   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 46   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 500.00 | 0.00 | DA | 0.00 | FA |
| 47   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 48   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 49   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 50   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 51   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 52   Void - Duplicate Asset<br>   Imported from Amended Doc#: 10; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 53   Void - Duplicate Asset | 200.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  
**Period Ending:** 04/23/13

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10  
**Claims Bar Date:** 11/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from Amended Doc#: 10; | | | | | |
| 54 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 55 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 56 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 57 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 58 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 200.00 | 0.00 | DA | 0.00 | FA |
| 59 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 60 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 61 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 62 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 63 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 64 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 65 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 66 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 67 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 68 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 600.00 | 0.00 | DA | 0.00 | FA |
| 69 | Void - Duplicate Asset | 700.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10  

**Period Ending:** 04/23/13  
**Claims Bar Date:** 11/22/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from Amended Doc#: 10; | | | | | |
| 70 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 71 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 72 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 73 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 74 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 75 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 76 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 77 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 78 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 79 | Void - Duplicate Asset<br>Imported from Amended Doc#: 10; | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 80 | 2004 Hyundai 140LC Excavator (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 29.92 | FA |
| 81 | Assets    Totals (Excluding unknown values) | $662,050.00 | $288,895.00 | | $276,189.46 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee anticipates filing a TDR with the USTO within the next 60 days.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.

**Period Ending:** 04/23/13

**Trustee:** (410320) Anne J. White  
**Filed (f) or Converted (c):** 06/10/10 (c)  
**§341(a) Meeting Date:** 07/19/10  
**Claims Bar Date:** 11/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2012   **Current Projected Date Of Final Report (TFR):** May 25, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  

**Taxpayer ID #:** **-***1572  
**Period Ending:** 04/23/13

**Trustee:** Anne J. White (410320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****085565 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 172.69 | | 172.69 |
| 02/28/13 | 11039 | Simpson's Inc. | Final distribution per court order dated 10/10/12. | 7100-000 | | 172.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 172.69 | 172.69 | $0.00 |
| | | | Less: Bank Transfers | | 172.69 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 172.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$172.69** | |

{} Asset reference(s)

Printed: 04/23/2013 03:43 PM  V.13.11

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.

**Taxpayer ID #:** **-***1572  
**Period Ending:** 04/23/13

**Trustee:** Anne J. White (410320)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/10 | {80} | James Heider | Settlement Payment | 1229-000 | 750.00 | | 750.00 |
| 09/29/10 | {2} | Paul E. Saperstein Company, Inc. | payment for equipment | 1129-000 | 273,895.00 | | 274,645.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 274,645.22 |
| 10/18/10 | {80} | James Heider | Settlement Payment | 1229-000 | 750.00 | | 275,395.22 |
| 10/18/10 | {1} | SBLI Litigation Settlement Fund | account receivable | 1129-000 | 10.00 | | 275,405.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.00 | | 275,412.22 |
| 11/11/10 | 1001 | Michael Saperstein | for fees/commissions; reimbursement for advertising costs; and reimbursement for labor & expenses | | | 23,014.72 | 252,397.50 |
| | | | Auctioneer's Fee    14,744.75 | 3610-000 | | | 252,397.50 |
| | | | Auctioneer's Expenses    8,269.97 | 3620-000 | | | 252,397.50 |
| 11/16/10 | {80} | James Heider | Settlement Payment | 1229-000 | 750.00 | | 253,147.50 |
| 11/19/10 | | To Account #9200******5666 | Transfer of funds | 9999-000 | | 172,017.52 | 81,129.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.80 | | 81,134.78 |
| 12/20/10 | {80} | James Heider | Settlement Payment | 1229-000 | 750.00 | | 81,884.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.07 | | 81,886.85 |
| 01/14/11 | {80} | James Heider | Settlement Payment | 1229-000 | 750.00 | | 82,636.85 |
| 01/14/11 | 1002 | Commonwealth of Massachusetts | MA extensions 2009 | 2820-000 | | 456.00 | 82,180.85 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.09 | | 82,182.94 |
| 02/17/11 | {80} | James Heider | Settlement Payment | 1229-000 | 750.00 | | 82,932.94 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.89 | | 82,934.83 |
| 03/18/11 | {80} | James Heider | Settlement Payment | 1229-000 | 500.00 | | 83,434.83 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.11 | | 83,436.94 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.05 | | 83,438.99 |
| 05/24/11 | {1} | United States Treasury | A/R Payment | 1129-000 | 1,754.54 | | 85,193.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.12 | | 85,195.65 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 85,196.34 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 85,197.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 157.56 | 85,039.49 |
| 08/05/11 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/05/2011 FOR CASE #09-41776, Bond number 016027601 Term 08-01-11 to 08-01-12 | 2300-000 | | 63.67 | 84,975.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.71 | | 84,976.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 197.99 | 84,778.54 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.84 | 84,784.38 |

Subtotals :    $280,686.00    $195,901.62

{} Asset reference(s)    Printed: 04/23/2013 03:43 PM    V.13.11

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  
**Taxpayer ID #:** **-***1572  
**Period Ending:** 04/23/13  

**Trustee:** Anne J. White (410320)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.69 | | 84,785.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.20 | 84,610.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.70 | | 84,611.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 168.06 | 84,443.51 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.68 | | 84,444.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 185.10 | 84,259.09 |
| 12/12/11 | 1004 | Commonwealth of Massachusetts | MA Tax Return; Year ending 10/31/2011 | 2200-000 | | 456.00 | 83,803.09 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.70 | | 83,803.79 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 173.13 | 83,630.66 |
| 01/12/12 | 1005 | Woburn Street Realty LLC | Administrative Expense for Post-Conversion Rents | 5200-000 | | 2,500.00 | 81,130.66 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 81,131.02 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 81,131.35 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 180.60 | 80,950.75 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 160.35 | 80,790.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 165.55 | 80,624.85 |
| 04/10/12 | 1006 {2} | Louis Barretto | Partial Refund of purchase of 1997 25' Tag Along trailer per court order dated 3/22/12; Docket #203 | 1129-000 | -4,500.00 | | 76,124.85 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 154.78 | 75,970.07 |
| 10/10/12 | 1007 | Anne J. White, Chapter 7 Trustee | Trustee Compensation | 2100-000 | | 11,283.75 | 64,686.32 |
| 10/10/12 | 1008 | Demeo & Associates, P.C. | Attorney for Trustee Fees | 3110-000 | | 34,484.50 | 30,201.82 |
| 10/10/12 | 1009 | Demeo & Associates, P.C. | Attorney for Trustee Expenses | 3120-000 | | 1,668.09 | 28,533.73 |
| 10/31/12 | 1010 | Verdolino & Lowey, PC | Accountant for Trustee Fees | 3410-000 | | 7,917.66 | 20,616.07 |
| 10/31/12 | 1011 | Verdolino & Lowey, PC | Accountant for Trustee Expenses | 3420-000 | | 131.66 | 20,484.41 |
| 10/31/12 | 1012 | J.G. MacLellan Concrete Co. | Final distribution per court order dated 10/10/12. | 5200-000 | | 2,271.00 | 18,213.41 |
| 10/31/12 | 1013 | United States Trustee | Final distribution per court order dated 10/10/12 | 5800-000 | | 2,275.61 | 15,937.80 |
| 10/31/12 | 1014 | CNH Capital | Final distribution per court order dated 10/10/12 | 7100-000 | | 84.57 | 15,853.23 |
| 10/31/12 | 1015 | CNH Capital | Final distribution per court order dated 10/10/12 | 7100-000 | | 593.06 | 15,260.17 |
| 10/31/12 | 1016 | American Express Bank, FSB | Final distribution per court order dated 10/10/12 | 7100-000 | | 945.34 | 14,314.83 |
| 10/31/12 | 1017 | RBS Citizens, NA | Final distribution per court order dated 10/10/12 | 7100-000 | | 6,700.43 | 7,614.40 |

Subtotals :   $-4,496.54   $72,673.44

{} Asset reference(s)   Printed: 04/23/2013 03:43 PM   V.13.11

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  
**Taxpayer ID #:** **-***1572  
**Period Ending:** 04/23/13  

**Trustee:** Anne J. White (410320)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | 1018 | National Grid | Final distribution per court order dated 10/10/12 | 7100-000 | | 50.07 | 7,564.33 |
| 10/31/12 | 1019 | Recovery Management Systems Corporation | Final distribution per court order dated 10/10/12 | 7100-000 | | 187.49 | 7,376.84 |
| 10/31/12 | 1020 | Capital One, NA | Final distribution per court order dated 10/10/12 | 7100-000 | | 2,730.69 | 4,646.15 |
| 10/31/12 | 1021 | Steven J. Famolare | Final distribution per court order dated 10/10/12 | 7100-000 | | 93.74 | 4,552.41 |
| 10/31/12 | 1022 | Town of Tewksbury Police Dept. | Final distribution per court order dated 10/10/12 | 7100-000 | | 115.49 | 4,436.92 |
| 10/31/12 | 1023 | Anthony Amichetti | Final distribution per court order dated 10/10/12 | 7100-000 | | 119.52 | 4,317.40 |
| 10/31/12 | 1024 | F.W. Webb Company | Final distribution per court order dated 10/10/12 | 7100-000 | | 186.29 | 4,131.11 |
| 10/31/12 | 1025 | H. Chambers & Co., LLC | Final distribution per court order dated 10/10/12 | 7100-000 | | 119.52 | 4,011.59 |
| 10/31/12 | 1026 | Sullivan Tire Co. | Final distribution per court order dated 10/10/12 | 7100-000 | | 86.14 | 3,925.45 |
| 10/31/12 | 1027 | National Grid | Final distribution per court order dated 10/10/12 | 7100-000 | | 74.68 | 3,850.77 |
| 10/31/12 | 1028 | The Battery Shop of New England | Final distribution per court order dated 10/10/12 | 7100-000 | | 36.91 | 3,813.86 |
| 10/31/12 | 1029 | Kingston Ready Mix (Torromeo Industries) | Final distribution per court order dated 10/10/12 | 7100-000 | | 692.96 | 3,120.90 |
| 10/31/12 | 1030 | Terain Irrigation | Final distribution per court order dated 10/10/12 | 7100-000 | | 206.24 | 2,914.66 |
| 10/31/12 | 1031 | National Construction Rentals | Final distribution per court order dated 10/10/12 | 7100-000 | | 23.16 | 2,891.50 |
| 10/31/12 | 1032 | Woburn Street Realty LLC | Final distribution per court order dated 10/10/12 | 7100-000 | | 703.08 | 2,188.42 |
| 10/31/12 | 1033 | National Grid | Final distribution per court order dated 10/10/12 | 7100-000 | | 159.93 | 2,028.49 |
| 10/31/12 | 1034 | Acadia Insurance Company | Final distribution per court order dated 10/10/12 | 7100-000 | | 206.99 | 1,821.50 |
| 10/31/12 | 1035 | Moynihan Lumber | Final distribution per court order dated 10/10/12 | 7100-000 | | 1,182.55 | 638.95 |
| 10/31/12 | 1036 | Wentzell Contracting | Final distribution per court order dated 10/10/12 | 7100-000 | | 263.77 | 375.18 |
| 10/31/12 | 1037 | P.J. Raffi Plumbing & Heating, Inc. | Final distribution per court order dated | 7100-000 | | 202.49 | 172.69 |

Subtotals : $0.00 $7,441.71

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-41776 | | **Trustee:** | Anne J. White (410320) |
|---|---|---|---|---|
| **Case Name:** | HEIDER CONSTRUCTION, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******56-65 - Checking Account |
| **Taxpayer ID #:** | **-***1572 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 04/23/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 10/10/12 | | | | |
| 10/31/12 | 1038 | Simpson's Inc. | Final distribution per court order dated<br>10/10/12<br>Stopped on 02/21/13 | 7100-000 | | 172.69 | 0.00 |
| 02/21/13 | 1038 | Simpson's Inc. | Final distribution per court order dated<br>10/10/12<br>Stopped: check issued on 10/31/12 | 7100-000 | | -172.69 | 172.69 |
| 02/26/13 | | TRANSFER TO 0001041032088<br>20130226 | TRANSFER TO 0001041032088<br>20130226 | 9999-000 | | ! 172.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 276,189.46 | 276,189.46 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 172,190.21 | |
| | | | **Subtotal** | | 276,189.46 | 103,999.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$276,189.46** | **$103,999.25** | |

{} Asset reference(s)          !-Not printed or not transmitted              Printed: 04/23/2013 03:43 PM      V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 09-41776  
**Case Name:** HEIDER CONSTRUCTION, INC.  
**Taxpayer ID #:** **-***1572  
**Period Ending:** 04/23/13  

**Trustee:** Anne J. White (410320)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/10 | | From Account #9200******5665 | Transfer of funds | 9999-000 | 172,017.52 | | 172,017.52 |
| 11/26/10 | 101 | Stearns Bank | satisfaction in full of secured portion of claim per Order dated 11/12/10; docket #138. | 4210-000 | | 21,067.37 | 150,950.15 |
| 11/26/10 | 102 | Charles J. Domestico, Attorney for Bank of America | satisfaction of secured claim in full per Order dated 11/12/10; docket #139 | 4110-000 | | 134,645.84 | 16,304.31 |
| 11/26/10 | 103 | U.S. Bank Equipment Finance | (reference #627-0404340-001) satisfaction in full secured portion of claim per Order dated 11/12/10; docket #137 | 4210-000 | | 16,304.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 172,017.52 | 172,017.52 | $0.00 |
| | | | Less: Bank Transfers | | 172,017.52 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 172,017.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $172,017.52 | |

Net Receipts :   276,189.46  
Net Estate :   $276,189.46  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****085565 | 0.00 | 172.69 | 0.00 |
| Checking # 9200-******56-65 | 276,189.46 | 103,999.25 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 172,017.52 | 0.00 |
| | $276,189.46 | $276,189.46 | $0.00 |

{} Asset reference(s)   Printed: 04/23/2013 03:43 PM   V.13.11